AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**B.E.T. LTD.,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**SUBURBAN PIPE LINE CO., INC., et al.,**

**CASE NO. C2-09-1145**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

      **Defendants.**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Opinion and Order filed April 22, 2010, JUDGMENT is hereby entered against Suburban Pipe Line Co., Inc. in the amount of $117,892.59.**

Date: April 22, 2010                        JAMES BONINI, CLERK

                                                               */S/ Andy F. Quisumbing*

                                                               (By) Andy F. Quisumbing
                                                               Courtroom Deputy Clerk